UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                          Case No. 21-CR-115

WARREN E. SCHABOW,

      Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the addendum to his plea agreement, and in consideration of the guilty plea to the one-count Information, the defendant agreed to the forfeiture of the property described in the Second Bill of Particulars, which added property to the forfeiture notice of the Superseding Indictment.

**IT IS HEREBY ORDERED** that all right, title and interest in the approximately $1,500 in United States currency, seized from Warren E. Schabow on or about November 16, 2020, in Ashwaubenon, Wisconsin is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

**IT IS FURTHER ORDERED** that the above listed item shall be seized forthwith by the United States Marshals Service, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 18th day of October, 2022.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge
